UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO LERMA, | 1:06-cv-00070-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Docs. 14 and 17) |
| vs. | |
| R. MENDOZA, et al., | **ORDER DENYING PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** (Docs. 4, 13, and 16) |
| Defendants. | |

   Plaintiff Leo Lerma ("plaintiff"), a prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On June 5, 2006, and on June 19, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that objections to the Findings and Recommendations were to be filed within thirty days and twenty days, respectively.  Plaintiff filed an objection on July 6, 2006.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed June 5, 2006, and June 19, 2006, are ADOPTED IN FULL; and

   2.   Plaintiff's motions for preliminary injunctive relief, filed February 2, 2006, May 22, 2006, and June 8, 2006, are HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   August 28, 2006**                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE