1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  LEO LERMA,                              CASE NO. 1:06-CV-00070-AWI-SMS-P

10              Plaintiff,                 ORDER DENYING PLAINTIFF'S MOTIONS
                                           FOR DISCOVERY AS PREMATURE
11       v.
                                           (Docs. 26 and 27)
12  R. MENDOZA, et al.,

13              Defendants.
    _____/

14

15          On October 23, 2006, and on October 24, 2006, plaintiff filed motions seeking discovery.

16  Plaintiff is directed to re-read paragraph eight of the First Informational Order, filed March 7, 2006,

17  which specifically notified plaintiff that no discovery may be conducted until defendants are served,

18  an answer is filed, and the court issues an order opening discovery.  (Doc. 8.)  Those events have not

19  yet occurred.

20          Plaintiff's motions are HEREBY DENIED as premature.

21

22  IT IS SO ORDERED.

23  **Dated:    October 27, 2006**              **/s/ Sandra M. Snyder**
    icido3                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1