UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO LERMA, | 1:06-cv-00070-AWI-SMS PC |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 34) |
| vs. | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER** (Doc. 33) |
| R. MENDOZA, et al., | |
|     Defendants. | |

    Plaintiff Leo Lerma ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 11, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

1

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations, filed April 11, 2007, is ADOPTED IN FULL; and,

    2.  This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of February 23, 2007.

IT IS SO ORDERED.

**Dated:   June 2, 2007**              /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE